**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------X
ABDELRAHMAN ELMELIGY, individually and on
behalf of all others similarly situated,

                    Plaintiff,                               23-cv-05419 (DLI) (SJB)

      -against-                                    **NOTICE OF MOTION**

YOLO OUTLET CORP. d/b/a YOLO SMOKE SHOP
d/b/a YOLO SMOKE CITY, JOHN DOE
CORPORATIONS 1-30, ISMAIL SALEH,
individually, YASER HUMAIDI, individually,
NADER ALBAHRI, individually, OMER ALBAHRI,
individually, and ABDELRAHMAN EL SAIDEI
individually,

                    Defendants.
-----------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), and upon the reading of the Memorandum of Law in Support of Plaintiff, ABDELRAHMAN ELMELIGY, by and through his attorneys, BELL LAW GROUP PLLC, Plaintiff will move this Court before the Honorable Sanket J. Bulsara, United States Magistrate Judge, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at the earliest date and time available to this Court so that counsel may be heard for an Order granting Plaintiff's Motion for a Default Judgment due to Defendants' failure to answer or otherwise defend this action.

      This Motion is based on Plaintiff's accompanying Memorandum of Law in Support, the Declaration of Mary E. Bianco, Esq. in Support and the Exhibits attached thereto, including Plaintiff's Declarations and Calculations of Damages.

Dated: Syosset, New York
April 4, 2025

                                                             Respectfully Submitted,

*Mary E. Bianco*
MARY E. BIANCO, ESQ.
BELL LAW GROUP, PLLC
*Attorneys for the Plaintiff*
116 Jackson Avenue,
Syosset, New York 11791
Tel: 516-280-3008
mbianco@belllg.com

To:    Yolo Outlet Corp.
        1212 Lexington Avenue
        New York, New York 10028

        Ismail Saleh
        5639 217th Street, Fl. 2
        Bayside, New York 11364

        Yaser Humaidi
        301 Walton Avenue, Apt. 2E
        Bronx, New York 10452

        Yaser Humaidi
        256 Nathan Boulevard
        Parlin, New Jersey 08859

        Nader Albahri
        2707 20th Lane, Apt. 5b
        Brooklyn, New York 11214

        Omer Albahri
        1212 Lexington Avenue
        New York, New York 10028

        Abdelrahman El Saidei
        610 Madison Avenue
        Albany, New York 12208